

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR VILLALOBOS-ORTIZ<br><br>Defendant. | CR 18-00228 JFW-1<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will comply w/conditions of release - Also criminal history & substance abuse present a danger to community.

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply w/conditions of release. Also, continued substance abuse, lack of sureties present flight risk.

IT IS ORDERED that defendant be detained.

DATED: 10/19/18

*signature*

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE