FILED
CLERK, U.S. DISTRICT COURT

APR 11 2025

CENTRAL DISTRICT OF CALIFORNIA
BY AF  DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDGAR VILLALOBOS-ORTIZ,<br><br>　　　　Defendant. | Case No. CR 18-228-JFW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On April 11, 2025, Defendant Edgar Villalobos-Ortiz made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on August 21, 2019. Deputy Federal Public Defender Bert Roughton was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Nicholas Purcell. Defendant submitted on recommendation of detention in the report prepared by Probation and Pretrial Services.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ the petition alleges that Defendant failed to report for drug testing, used methamphetamine, failed to report to his assigned Probation Officer as instructed on July 10, 2019 and July 22, 2019, after which his whereabouts were unknown.

    ☒ poor history of compliance while on supervised release, including previous failures to report for testing and drug use.

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition (see above);

    ☒ criminal history, including convictions for assault with a deadly weapon and carrying a concealed weapon in 2020 – while Defendant was on supervised release.

## III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: April 11, 2025

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE
